IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:22 CR 232 |
| BRANDON ADAMS, | ) | |
| Defendant. | ) | |

ACCEPTANCE TO THE PSR

COMES NOW Defendant and states that he has no objections to the PRS in this case prepared by the U.S. Probation Office.

Respectfully Submitted,

/s/ Craig J. Concannon

_____

Craig J. Concannon # 45015MO
7911 Forsyth, Suite 300
St. Louis, MO 63105
(314) 421-3329
(314) 863-5335 (fax)
(314) 280-9300 (cell)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the Office of the United States Attorney this 20th day of April, 2024 via operation of the Court's Electronic Filing System.

/s/ Craig J. Concannon
_____